**Order filed September 24, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00259-CV

### RALPH DOUGLAS, Appellant

### V.

### LORI K. REDMOND, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCV-185659**

## O R D E R

The clerk's record was filed April 13, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Order Granting Defendant's Motion for Summary filed February 16, 2012.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before October 1, 2012, containing Order Granting Defendant's Motion for Summary Judgment filed February 16, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM